[No. 1468-1. Division One—Panel 2. January 29, 1973.]

PAUL JOHN MILLER, *Respondent,* v. THE DEPARTMENT OF MOTOR VEHICLES, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 728437, James W. Mifflin, J., entered January 28, 1972. *Reversed* by unpublished per curiam opinion.

[No. 1185-41918-1. Division One—Panel 1. February 5, 1973.]

MORRISON P. HELLING *et al., Appellants,* v. THOMAS F. CAREY *et al., Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 714089, Howard J. Thompson, J., entered December 18, 1970. *Affirmed* by unpublished opinion per James, J., concurred in by Horowitz and Williams, JJ.

[No. 1404-1. Division One—Panel 1. February 5, 1973.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL DOUGLAS TURNER, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 4811, Paul D. Hansen, J., entered January 10, 1972. *Affirmed* by unpublished opinion per James, J., concurred in by Swanson, C.J., and Farris, J.

[No. 1673-1. Division One—Panel 1. February 5, 1973.]

THE STATE OF WASHINGTON, *Respondent,* v. GERALD E. BROWNING, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 5082, Alfred O. Holte, J., entered February 29, 1972. *Affirmed* by unpublished per curiam opinion.